ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Moore's Cafeteria Services, Ltd. | ) | ASBCA No. 58196 |
| | ) | |
| Under Contract No. N00244-07-C-0048 | ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Daniel V. Moore
                                                            President

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
                                                                  Navy Chief Trial Attorney
                                                              Pamela J. Nestell, Esq.
                                                                  Senior Trial Attorney
                                                              Theresa Chesnut, Esq.
                                                                  Assistant Counsel
                                                                  NAVSUP Fleet Logistics Center
                                                                  San Diego, CA

## ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, this appeal is dismissed without prejudice pursuant to Board Rule 30. Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 8 April 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58196, Appeal of Moore's Cafeteria Services, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals